AO 91 (Rev.11/11) Criminal Complaint ALG

## United States District Court
### for the
### Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:17-mj-00506-JTR |
| | ) |
| EDUARDO DE LOS SANTOS-GARZON | ) |

*FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 29 2017
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON*

### CRIMINAL COMPLAINT

I, Marc D. Webb, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 21, 2017, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Alien in the United States After Deportation |

This complaint is based on these facts:

On or about November 21, 2017, EDUARDO DE LOS SANTOS-GARZON, a citizen and national of Mexico, who had theretofore on or about May 21, 2011, been removed from the United States at Nogales, Arizona, and was again removed on or about December 13, 2013 at San Luis, Arizona, was found in the United States by United States Border Patrol Agents Michael Greenhagen and Joseph Mecomber, in Spokane County, in Spokane, Washington, within the Eastern District of Washington. EDUARDO DE LOS SANTOS-GARZON did not have the expressed consent of the Attorney General, or his successor, or the Secretary of the Department of Homeland Security to apply for re-entry into the United States.

I further state that I am a United States Border Patrol Agent and that this complaint is based on the following facts: I have personal knowledge that based upon the documents contained in the alien file that EDUARDO DE LOS SANTOS-GARZON is a citizen and national of Mexico who was arrested, ordered removed by an expedited removal, and subsequently removed from the United States, at Nogales, Arizona on May 21, 2011 and again at San Luis, Arizona on December 13, 2013. Furthermore, I reviewed the arrest report prepared by Agent Mecomber and learned that the Defendant, DE LOS SANTOS-GARZON, was arrested in Spokane County on November 21, 2017, by the United States Border Patrol.

I also learned from the arrest report written by Agent Mecomber that, on November 21, 2017, at the Colville, Washington Border Patrol Station, EDUARDO DE LOS SANTOS-GARZON's fingerprints were entered manually into the IAFIS Fingerprint System by Agent Mecomber and, based upon the results of the fingerprint comparisons, the defendant, EDUARDO DE LOS SANTOS-GARZON, was positively identified by the IAFIS Fingerprint System to be the same person who was removed to Mexico on or about May 21, 2011, at Nogales, Arizona and again on December 13, 2013 at San Luis, Arizona and identified as EDUARDO DE LOS SANTOS-GARZON. Aforesaid, the Attorney General, or his successor, or the Secretary of the Department of Homeland Security has not approved the Defendant for re-admission into the United States.

☐ Continued on the attached sheet.

_____
Marc D. Webb, United States Border Patrol Agent

☐ Sworn to before me telephonically and signed electronically:
☒ Subscribed and Sworn to and before me this:
Date: 11-29-17

City and state: Spokane, Washington

_____
John T. Rodgers, United States Magistrate Judge

Complaint.docx